# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TERESSA ESTES,

    Plaintiff,

v.                                          Case No: 8:12-cv-2160-T-30TBM

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

_____

## ORDER

The Court has been advised via a Mediation Results Report (Dkt. #24) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of February, 2013.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cv-2160 dismiss 24.docx